[No. 46604-6-I. Division One. May 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD BARBEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-08640-2, William L. Downing, J., entered April 27, 2000. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 46629-1-I. Division One. May 21, 2001.]

ROBERT R. LANG, ET AL., *Appellants*, v. DONALD B. BURKE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-01339-5, Glenna Hall, J., entered March 31, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46646-1-I. Division One. May 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ARTHUR GRANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-03695-2, Jay V. White, J., entered April 20, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46687-9-I. Division One. May 21, 2001.]

JOHN MANGOURAS, ET AL., *Appellants*, v. CHRISTINE DEPUTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-24093-6, Peter D. Jarvis, J., entered March 17, 2000. *Affirmed* by unpublished per curiam opinion.